# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:23-cr-9 |
| v. | ) | |
| | ) | Judge Atchley |
| DAVID MICHAEL APPS | ) | |
| | ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 10] recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one count Information; (2) adjudicate Defendant guilty of wire fraud in violation of 18 U.S.C. § 1343; and (3) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 10] pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 11] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of wire fraud in violation of 18 U.S.C. § 1343;

3. Defendant's sentencing hearing shall take place on **July 27, 2023, at 2:00 p.m**. before the undersigned United States District Judge; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 10] pending sentencing or further order of this Court.

**SO ORDERED.**

/s/ *Charles E. Atchley*
CHARLES E. ATCHLEY
UNITED STATES DISTRICT JUDGE